# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| TANYA E HALL | CIVIL ACTION NO. 6:22-CV-05913 |
| VERSUS | JUDGE DONALD E. WALTER |
| KILOLO KIJAKAZI | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g)[1] for additional proceedings consistent with the views expressed herein. More particularly, in these additional proceedings, the evidence regarding the Claimant's use of a cane, her falls, and the medical evidence from 2016–2019 should be considered. Additionally, Claimant's subjective complaints of pain should be evaluated, and medical records from the health providers from 2016–2019 should be requested and considered.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of March, 2024.

_Donald E. Walter_
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292 (1993); Freeman v. Shalala, 2 F.3d 552, 553 (5th Cir. 1993).